◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VAZQUEZ, Appellant. [978 NYS2d 909]—

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.